UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LADARIUS MARSHALL,

        Plaintiff,

v.                                              Case No. 15-C-8

SCOTT ECKSTEIN,

        Defendant.

**ORDER**

Ladarius Marshall, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the Constitution. More specifically, Marshall contends that the statements admitted into evidence against him at his trial were involuntary and obtained in violation of the rights guaranteed under *Miranda v. Arizona*, 384 U.S. 436 (1966) and *Michigan v Mosley*, 423 U.S. 96, 103 (1975). The Court has reviewed the record and finds that the interests of justice would be better served by appointing counsel for Marshall. The Court also notes that the record does not contain recordings of the statements obtained from Marshall or the transcripts of those statements.

Accordingly, the Court hereby orders the respondent to supplement the record in this case by providing copies of the recordings and any transcripts of those recordings that were admitted into evidence. The record should be supplemented with these items on or before June 16, 2016.

The Court further orders, pursuant to 18 U.S.C. § 3006A(a)(2) that counsel be appointed to assist Marshall in seeking relief under 18 U.S.C. § 2254.

A copy of this order is to be sent to the Federal Defender of the District so that counsel can be furnished.

Dated this   17th   day of May, 2016.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court