AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN DISTRICT OF WISCONSIN

LADARIUS MARSHALL,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.        Case No. 15-CV-008

SCOTT ECKSTEIN,

        Respondent.

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Marshall's petition for relief under 28 U.S.C. § 2254 is GRANTED and he is ordered released from custody unless, within 90 days of the date of this decision, the State initiates proceedings to retry him.

Approved:    s/ William C. Griesbach
    WILLIAM C. GRIESBACH
    United States District Judge

Dated:  April 22, 2020

STEPHEN C. DRIES
Clerk of Court

s/ Mara A. Corpus
(By) Deputy Clerk